# EXHIBIT "A"

| Date of Payment | Amount of Payment |
|---|---|
| August 3, 2015 | $11,111.11 |
| September 1, 2015 | $11,111.11 |
| October 5, 2015 | $11,111.11 |
| November 12, 2015 | $11,111.11 |
| December 8, 2015 | $11,111.11 |
| January 8, 2016 | $11,111.11 |
| February 8, 2016 | $11,111.11 |
| March 2, 2016 | $11,111.11 |
| April 8, 2016 | $11,111.11 |
| May 10, 2016 | $11,111.11 |
| June 20, 2016 | $11,111.11 |
| July 13, 2016 | $11,111.11 |
| **TOTAL** | $133,333.32 |