| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| **TRENK, DiPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, New Jersey 07052<br>(973) 243-8600<br>Anthony Sodono, III<br>Michele M. Dudas<br>*Attorneys for Plaintiff, VoicePulse, Inc.,*<br>*Chapter 11 Debtor and Debtor-in-Possession* |

| | |
|---|---|
| In Re:<br><br>VOICEPULSE, INC.,<br>                    Debtor. | Chapter 11<br><br>Case No.  16-25075 (MBK)<br><br>Honorable Michael B. Kaplan |
| VOICEPULSE, INC. and RAVI SAKARIA,<br><br>                    Plaintiffs,<br>v.<br><br>KETAN P. PATEL,<br><br>                    Defendant. | Adv. Pro. No. 16-1714 (MBK) |

## **NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Debtor and Plaintiff in the above-captioned adversary proceeding, VoicePulse, Inc.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:        Trenk, DiPasquale, Della Fera & Sodono, P.C.
                        347 Mt. Pleasant Avenue, Suite 300
                        West Orange, NJ 07052
                        973-243-8600 (phone)
                        973-243-8677 (fax)
                        Email:  mdudas@trenklawfirm.com

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Dated:  September 27, 2016                             */s/Michele M. Dudas*
                                                                           MICHELE M. DUDAS

4844-5455-3913, v.  1