| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**TRENK, DiPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052<br>(973) 243-8600<br>Anthony Sodono, III<br>Michele M. Dudas<br>*Attorneys for VoicePulse Inc.,*<br>*Debtor/Debtor-in-Possession* | |
| In re:<br><br>VOICEPULSE INC.,<br><br>      Debtor. | Case No. 16-25075 (MBK)<br><br>Chapter 11<br><br>Honorable Michael B. Kaplan |
| VOICEPULSE, INC.,<br><br>      Plaintiffs,<br><br>vs.<br><br>KETAN P. PATEL,<br><br>      Defendant. | |

## CERTIFICATION OF SERVICE

1.  I, Lisa DiPaolo:

   ☐ represent the Chapter 11 Debtor and Debtor-in-Possession in the above-captioned matter.

   ☒ am a legal assistant employed by Trenk, DiPasquale, Della Fera & Sodono, P.C., attorneys for VoicePulse Inc., debtor/debtor-in-possession and plaintiff in the above-captioned adversary proceeding.

   ☐ am the _____ in the above case and am representing myself.

2.  On September 22, 2016, I sent a copy of the following documents to the party listed in the chart below:

 (a) Summons and Notice of Pretrial Conference in an Adversary Proceeding;

 (b) Complaint for Avoidance of Preferential Payments, Breach of Contract, and Related Relief;

 (c) Instruction Sheet;

 (d) Form of Joint Order Scheduling Pretrial Proceedings and Trial;

 (e) Form of Mediation Order; and

 (f) Acknowledgement of Service of Complaint.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                */s/ Lisa DiPaolo*
                LISA DiPAOLO

Dated: October 6, 2016

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| John J. Zefutie, Jr., Esq.<br>Duane Morris LLP<br>One Riverfront Plaza<br>1037 Raymond Boulevard, Ste. 1800<br>Newark, NJ  07102 | *Attorneys for Defendant Ketan P. Patel* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other :<br>   (as authorized by the court *) |

4837-0852-9722, v.  1